**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 5, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00098-CV

---

### IN RE P.L., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71842**

---

## MEMORANDUM OPINION

February 23, 2021, relator P.L. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Randall Hufstetler, presiding judge of the 300th District Court of Brazoria County, to set aside his January 27, 2021 order granting real party in interest's motion to quash and motion for protection.

Relator has not shown that she is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.